UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ARTURO FLORES, *et al.*, | § | |
| Plaintiffs, | § | |
| *versus* | § | CIVIL ACTION H-03-446 |
| MILLENNIUM INTERESTS, LTD., *et al.*, | § | |
| Defendants. | § | |

United States Courts
Southern District of Texas
ENTERED
AUG 2 0 2003
Michael N. Milby, Clerk of Court

## Final Judgment

Arturo Flores, Pedro Flores, Alejandro Vergara, and Joaquina Vergara take nothing from Millennium Interests, Ltd., and Concord Servicing Corporation.

Signed August 18, 2003, at Houston, Texas.

Lynn N. Hughes
United States District Judge